IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Raqib Abdul Al-Amin, <br><br> Petitioner, <br> v. <br><br> Robert M. Stevenson, III, Warden, <br><br> Respondent. | C/A No. 0:10-cv-2023-CMC <br><br><br> Order |

This matter is before the court on Petitioner's motion for free copies of the record in his previous habeas corpus petition at Docket Number 0:10-cv-02023. ECF No. 61. Petitioner has attached a Financial Certificate from Perry Correctional Institution showing he is indigent.

For the reasons below, Petitioner's motion for copies at no cost is **denied**.

Longstanding circuit precedent provides that a prisoner who requests free copies of records in his or her case, whether it is a state or federal case, must show a particularized need for such records. *See Jones v. Superintendent, Virginia State Farm*, 460 F.2d 150, 152-53 (4th Cir. 1972); *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963). Petitioner must show some "need" for the material beyond a mere desire to comb the record in hopes of discovering some flaw. *Jones*, 460 F.2d at 152.

Petitioner has failed to show a particularized need for the documents he seeks. Petitioner has no motions pending before this court; his petition pursuant to 28 U.S.C. § 2254 was dismissed on August 5, 2011 (ECF No. 50), and the Fourth Circuit affirmed this court's decision on December 20, 2011 (*See* ECF No. 57). Petitioner has not advanced any argument regarding his need for the copies. Therefore, this court declines to certify that the motion for copies is not frivolous. Accordingly, Petitioner's motion (ECF No. 61) is **denied**.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
February 14, 2018